IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION



UNITED STATES OF AMERICA

v.

SHENA MARIE GREER                                             No. 05cr10028-T

---

### ORDER SPECIFYING PERIOD OF EXCLUDABLE DELAY UNDER THE SPEEDY TRIAL ACT

This cause came on for an Arraignment on _April 20, 2005_. At this time, the defendant was not present. The defense counsel motion for a continuance of the arraignment. The Court granted the request and reset the Arraignment date.

It is therefore ORDERED that the time period of _4/20/05_ through _4/27/05_ is excludable pursuant to the Speedy Trial Act, as set out in 18 U.S.C. § 3161 (h)(3)(A).

**ARRAIGNMENT is reset to Wednesday, April 27, 2005 at 9:30 a.m. before Magistrate Judge Tu M. Pham.**

This _20_ day of _April_, 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _4-22-05_

UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 1:05-CR-10028 was distributed by fax, mail, or direct printing on April 22, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT