PS 42
(Rev 7/93)

# United States District Court
## Western District of Tennessee

FILED IN OPEN COURT:
DATE: 4/27/05
TIME: 9:49 am
INITIALS: mr

United States of America )
)
vs )
)
Shena Marie Greer )

Case No. 05-10028-001-T

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, **Shena Marie Greer**, have discussed with **Jake N. Bookard, II**, Pretrial Services Officer, modification of my release conditions as follows:

1. Refrain from any use or unlawful possession of a narcotic drug or other controlled substances
2. Submit to any method of testing required by the Pretrial Services Office for determining whether the defendant is using a prohibited substance
3. Participate in a program of inpatient or outpatient substance abuse testing, education or treatment if deemed advisable by Pretrial Services

I consent to this modification of my release conditions and agree to abide by this modification.

_Shena Greer_     4/6/05     _J.N. Bookard, II_     04/06/05
Signature of Defendant     Date     Pretrial Services Officer     Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_     4-27-05
Signature of Defense Counsel     Date

[✓] The above modification of conditions of release is ordered, to be effective on 4/27/05
[ ] The above modification of conditions of release is not ordered.

_[signature]_     4/27/05
Signature of Judicial Officer     Date

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-29-05

15

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 1:05-CR-10028 was distributed by fax, mail, or direct printing on April 29, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT