IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs                                              CR NO.  1:05-CR-10028-01-T

SHENA MARIE GREER

ORDER ON CHANGE OF PLEA

This cause came on to be heard on June 9, 2005,   Assistant  U. S. Attorney,

Richard Leigh Grinalds,  appearing for the government,  and the defendant appeared in person

and with counsel, M. Dianne Smothers, who was appointed.

With leave of the Court, the defendant withdrew the Not Guilty Plea heretofore entered

and entered a plea of GUILTY as charged in One (1) Count  Indictment.

This case has been set for sentencing on **Thursday, September 8,  2005 at 9:00 A.M.**

The defendant is allowed to remain on her present bond.

IT IS SO ORDERED.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE: _9 June 2005_


This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___6/10/05___



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 1:05-CR-10028 was distributed by fax, mail, or direct printing on June 10, 2005 to the parties listed.

---

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT