IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs.                                                                                              CR NO. 1:05-10028-01-T

SHENA MARIE GREER

## ORDER TO SURRENDER

Defendant, Shena Marie Greer, having been sentenced in the above styled matter to the custody of the Bureau of Prisons, and having been granted leave by the Court to report to the designated institution at her own expense, is hereby ordered to surrender herself to the Bureau of Prisons by reporting to:   Marianna FCI SCP , 3625 FCI Road, Marianna, FL 32446; telephone number 850-526-2312, no later than 12:00 Noon on Friday, October 28, 2005.

It is further ordered that upon receipt of a copy of this order, the defendant shall sign and return the copy, to acknowledge receipt of said order and that she will report as directed to the above named institution.

IT IS ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE: 3 October 2005

ACKNOWLEDGMENT TO BE SIGNED BY THE DEFENDANT: I agree to report as
directed in the above order and understand that if I fail to so
report, I may be cited for contempt of court and if convicted, may
be punished by imprisonment or fine or both.

_____                                _____
Date                                                                                   Defendant Signature

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  10-04-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 1:05-CR-10028 was distributed by fax, mail, or direct printing on October 4, 2005 to the parties listed.

---

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT