IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

V.                                                                CR. 05-10028-01-T/An

Shena Marie Greer

ORDER REFUNDING CASH APPEARANCE BOND

It appears to the Court that the above-named defendant on the 5th day of April, 2005, did cause a ten thousand dollar ($10,000) appearance bond to be posted on his behalf by posting 10% or $1000 in cash. Said $1000 was receipted in the name of Jeffery Springer, receipt #M94205, having been deposited in the Registry Fund of this Court.

It now appears to the Court that the defendant has complied with the requirements of said bond and orders of this Court.

It is therefore ordered that the above-named defendant's appearance bond be cancelled and discharged, and the Clerk is directed to issue a check in the sum of one thousand dollars ($1000), payable to Jeffery Springer, 3855 Shadow Oaks Pkwy., Horn Lake, MS, 38637, in full refund of the cash appearance bond posted herein.

Approved:

_____
JAMES D. TODD
Robert R. Di Trolio, Clerk of Court                UNITED STATES DISTRICT JUDGE

By: _____
Deputy Clerk                                       DATE: 10 November 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 11-16-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 1:05-CR-10028 was distributed by fax, mail, or direct printing on November 16, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT